

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2024

No. 04-22-00483-CR

Ricardo **GONZALES**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CR-13554
Honorable Jefferson Moore, Judge Presiding

## ABATEMENT ORDER

In accordance with this court's opinion of this date, we ABATE this appeal and REMAND the cause to the trial court to conduct a hearing on Ricardo Gonzales Jr.'s motion for new trial on or before October 31, 2024. The trial judge shall see that a record is made and shall order the court reporter and the trial clerk to forward a transcribed record of the hearing and a supplemental clerk's record containing the trial court's signed order ruling on the motion for new trial. Those records shall be filed with the clerk of this court on or before thirty days following the trial court's order. *See Guillory v. State*, 652 S.W.3d 499, 507 (Tex. App.—Houston [14th Dist.] 2022, abatement order on reh'g) (per curiam); *see also Martinez v. State*, 74 S.W.3d 19, 21-22 (Tex. Crim. App. 2002).

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket after the supplemental reporter's and clerk's records are filed. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of the date and time of the hearing. *See Guillory*, 652 S.W.3d at 507–08.

It is so **ORDERED** on August 28, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2024.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk